COURTROOM DEPUTY MINUTES    DATE: 11-15-2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:30 – 3:39 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB    DEPUTY CLERK: sql

CASE NO.: 1:06mj123-DRB    DEFT. NAME: Brian STANYARD

USA: ~~Clark Morris~~ Snyder    ATTY: ~~Leslie Smith~~ Petersen

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Wood

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES    NAME: _____

---

- ☑ kars.  Date of Arrest 11-14-06    or ☐ karsr40
- ☑ kia.   Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☑ kcnsl. Deft. First Appearance with Counsel
- ☐       Deft. First Appearance without Counsel
- ☑       Requests appointed Counsel   ☑ ORAL MOTION for Appointment of Counsel
- ☑ kfinaff. Financial Affidavit executed  ☐ to be obtained by PTSO
- ☑ koappted  ORAL ORDER appointing Community Defender Organization – **Notice to be filed.**
- ☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed – prepare voucher
- ☐       Deft. Advises he will retain counsel. Has retained _____
- ☐       Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐       Government's WRITTEN Motion for Detention Hrg. filed
- ☑ kdmhrg.  Detention Hearing ☐ held; ☐ set for 11-20-06 at 2:30 pm
- ☐ kotempdtn.  ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.  Release order entered. Deft. advised of conditions of release
- ☐ kbnd.   ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
         ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☑ kloc.(LC)  Bond NOT executed. Deft to remain in Marshal's custody
- ☑       Preliminary Hearing ☑ Set for 11-20-06 at 2:30 pm
- ☐ ko.    Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.  Waiver of ☐ preliminary hearing; ☐ kwvr40hrg. (Waiver of R.40 Hearing)
- ☐       Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☐ karr.   ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
         ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
         DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ kwvspt  Waiver of Speedy Trial Act Rights Executed