IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-MJ-0123-DRB |
| | ) | |
| BRIAN STANYARD | ) | |

### ORDER ON MOTION

Pursuant to defendant's oral motion at his initial appearance with counsel, Assistant Federal Defender Michael Petersen and upon review of the *Government's Motion for Detention Hearing* (Doc. 3, filed November 15, 2006) it is

**ORDERED** that a **consolidated preliminary and detention hearing on the** *complaint* is hereby set before the undersigned Magistrate Judge on **November 20, 2006, at 2:30 p.m.**, in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 16th day of November, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE