IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 1:06mj123-DRB |
| ) | |
| BRIAN STANYARD ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **BRIAN STANYARD**, in the above-styled case.

Dated this 21st day of November 2006.

> Respectfully submitted,
>
> s/ Kevin L. Butler
> KEVIN L. BUTLER
> First Assistant Federal Defender
> 201 Monroe Street, Suite 407
> Montgomery, Alabama 36104
> Phone: (334) 834-2099
> Fax: (334) 834-0353
> E-mail: kevin_butler@fd.org
> AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )   CR. No.: 1:06mj123-DRB |
| | ) |
| **BRIAN STANYARD** | ) |

## CERTIFICATE OF SERVICE

     I hereby certify that on November 21, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                       Respectfully submitted,

                       s/ Kevin L. Butler
                       KEVIN L. BUTLER
                       First Assistant Federal Defender
                       201 Monroe Street, Suite 407
                       Montgomery, Alabama 36104
                       Phone: (334) 834-2099
                       Fax: (334) 834-0353
                       E-mail: kevin_butler@fd.org
                       AZ Bar Code: 014138